## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| DE'RON JACKSON, )<br>Reg # 19841-045 )<br>   Petitioner, ) | **Case No. 2:12-CV-00043 JMM-JTK** |
| )<br>v. )<br>) | |
| T C OUTLAW, Warden, FCI–Forrest City )<br>   Respondent. ) | |

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this petition without prejudice.

IT IS SO ORDERED this 12th day of March, 2013.

_____
James M. Moody
United States District Judge