IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| DE'RON JACKSON,<br>Reg # 19841-045<br>    Petitioner,<br><br>v.<br><br>T C OUTLAW, Warden, FCI–Forrest City<br>    Respondent. | **Case No. 2:12-CV-00043 JMM-JTK** |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the petition is DISMISSED WITHOUT PREJUDICE.

SO ADJUDGED this 12th day of March, 2013.

_____
James M. Moody
United States District Judge