## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

| | |
|---|---|
| DE'RON JACKSON, ) | |
| Reg # 19841-045 ) | |
|     Petitioner, ) | **Case No. 2:12-CV-00043 JMM-JTK** |
| ) | |
| v. ) | |
| ) | |
| T C OUTLAW, Warden, FCI–Forrest City ) | |
|     Respondent. ) | |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the petition is DISMISSED WITHOUT PREJUDICE.

SO ADJUDGED this 12th day of March, 2013.

_____
James M. Moody
United States District Judge